MATTY FEORANZO, PETITIONER-RESPONDENT, v. CONTINENTAL CAN CO., *ET ALS.*, RESPONDENTS-PETITIONERS.

*Mr. John W. Taylor* for the petitioners.

*Messrs. Parisi, Evers & Greenfield* and *Mr. Aaron Gordon* for the respondent.

April 4, 1966. Granted.

ALF ANDREASSEN, PLAINTIFF-RESPONDENT, v. MICHAEL P. ESPOSITO, DEFENDANT-PETITIONER.

See same case below: 90 *N. J. Super.* 170.

*Messrs. Schenck, Price, Smith & King* for the petitioner.

*Messrs. Greenstone & Greenstone* for the respondent.

April 4, 1966. Denied.

ANTONE S. DeMOURA, PLAINTIFF-PETITIONER, v. THE BOARD OF EXAMINERS OF ELECTRICAL CONTRACTORS, DEFENDANT-RESPONDENT.

See same case below: 90 *N. J. Super.* 225.

*Mr. Irvin L. Solondz* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Avrom J. Gold* for the respondent.

April 4, 1966. Denied.